*E-Filed 10/12/11*

1  MELINDA L. HAAG (CASBN 132612)
   United States Attorney
2
   MIRANDA KANE (CASBN 150630)
3  Chief, Criminal Division

4  C. DAVID HALL (CSBN 66081)
   Assistant United States Attorney
5          450 Golden Gate Avenue
           San Francisco, California 94102
6          Telephone: (415) 436-7168

7  Attorneys for the Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,           )      No. CR 11-0566 RS
11                                     )
           Plaintiff,                  )
12                                     )
           v.                          )      STIPULATION AND
13                                     )      [PROPOSED] ORDER TO EXCLUDE
   ANTHONY HUNTER,                     )      TIME UNDER THE SPEEDY TRIAL ACT
14                                     )
           Defendant.                  )
15  _____    )

16

17     The parties stipulated and agreed at the initial hearing before the court on October 4,

18  2011, that a status hearing should be set for October 25, 2011, and it was so ordered by the court.

19  It was further stipulated that time under the Speedy Trial Act should be excluded from October 4

20  to 25, 2011, the Court having found the ends of justice are best served by such continuance so

21  that continuity of counsel can be maintained and defense counsel could further prepare and

22  //
23  //
24  //
25  //
26  //
27  //
28

STIP. AND [PROPOSED] ORDER
CASE NO. CR 11-0566 RS            1

1  such continuity and preparation outweigh the best interests of public and defendants in a speedy
2  trial. 18 U.S.C. 3161.

3

4  .DATED: October 11, 2011

5                                        Respectfully submitted,

6                                        MELINDA L. HAAG
                                         United States Attorney
7
                                         MIRANDA KANE
8                                        Chief, Criminal Division

9
                                              /s/
10                                        C. DAVID HALL
                                          Assistant United States Attorney
11

12

13

14

15

16  IT IS SO ORDERED

17  DATED:   10/11/11
18

19

20  *[signature]*

21  RICHARD SEEBORG
22  United States District Court Judge

23

24

25

26

27

28

STIP. AND [~~PROPOSED~~] ORDER
CASE NO. CR 11-0566 RS                            2