*E-Filed 11/14/11*

MELINDA L. HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CASBN 150630)
Chief, Criminal Division

C. DAVID HALL (CSBN 66081)
Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7168

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0566 RS |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER TO EXCLUDE |
| ANTHONY HUNTER, | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| Defendant. | ) | |

        The parties stipulated and agreed at the initial hearing before the court on October 25,

2011, that a status hearing should be set for November 15, 2011, and it was so ordered by the

court.  It was further stipulated that time under the Speedy Trial Act should be excluded from

October 25 to November 15, 2011, the Court having found the ends of justice are best served by

such continuance so that continuity of counsel can be maintained and defense counsel could

further prepare and

//

//

//

//

//

STIP. AND [PROPOSED] ORDER
CASE NO. CR 11-0566 RS                    1

1  //

2  such continuity and preparation outweigh the best interests of public and defendants in a speedy

3  trial. 18 U.S.C. 3161.

4

5  .DATED: November 14, 2011

6                                          Respectfully submitted,

7                                          MELINDA L. HAAG
                                           United States Attorney
8
                                           MIRANDA KANE
9                                          Chief, Criminal Division

10
                                           _____/s/_____
11                                         C. DAVID HALL
                                           Assistant United States Attorney
12

13

14

15

16

17  IT IS SO ORDERED

18  DATED:  11/14/11

19

20

21

22  RICHARD SEEBORG

23  United States District Court Judge

24

25

26

27

28

STIP. AND [PROPOSED] ORDER
CASE NO. CR 11-0566 RS                    2